# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142822

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 142822
                                        COA: 301683

JASEN ALLEN THOMAS,
        Defendant-Appellant.

                                        Washtenaw CC: 04-001767-FC

_____/

       On order of the Court, the application for leave to appeal the February 1, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals. That court shall treat the defendant's delayed application for leave to appeal as having been filed within the deadline set forth in MCR 7.205(F) and shall decide whether to grant, deny, or order other relief, in accordance with MCR 7.205(D)(2). The defendant's untimely request for appointment of counsel caused him to lose his appeal of right, but he was deprived of the opportunity to file an application for leave to appeal through the ineffective assistance of appointed counsel. See *Roe v Flores-Ortega*, 528 US 470, 477; 120 S Ct 1029; 145 L Ed 2d 985 (2000); *Peguero v United States*, 526 US 23, 28; 119 S Ct 961; 143 L Ed 2d 18 (1999).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

                                            Clerk

d0829